# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:20-cr-00119-1 |
| | ) | |
| THACH DUC LE, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Sentencing Hearing
Date:   April 11, 2023
Before:   Chief Judge Mark R. Hornak

| | |
|---|---|
| AUSA | James Wilson |
| Counsel for Defendant | Douglas Sughrue |
| Probation Officer | Lawrence W. Harkins Jr. |
| Court Reporter | Deborah Betzler |
| Deputy Clerk/Law Clerk | Brian D. Babik/Katherine A. Thomas |
| Start time | 10:11 AM |
| End time | 12:13 PM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT

The Defendant is sentenced to a term of imprisonment of 19 months at Count 1 and 19 months at Count 2. The sentence at Count 1 shall run concurrent with the sentence at Count 2. Following the term of imprisonment, the Defendant shall serve a term of supervised release of 3 years at Count 1 and 3 years at Count 2. The term of supervision at Count 1 shall run concurrent with the term of supervision at Count 2. A mandatory special assessment of $200.00 is imposed. A fine is ordered in the amount of $8,000.00.